1. VINCENT ROSENBALM                    2/6/08
2. 2100 NAPA VALLEJO HIGHWAY unit 5/6
3. NAPA, CALIFORNIA 94558

FILED FEB 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4. UNITED STATES DISTRICT COURT
5. NORTHERN DISTRICT OF CALIFORNIA
6. UNITED STATES OF AMERICA
7.           V                    } JURY TRIAL
8. GLENN STARK                    } CRIMINAL COMPLAINT
9. CITY OF UKIAH                  } CASE NUMBER
10. 300 SEMINARY DRIVE             } CV 08 0952 (PR)
11. UKIAH, CALIFORNIA 95482        }

E-filing    SI

12. 1) I, THE UNDERSIGNED COMPLAINANT STATE THAT THE
13. FOLLOWING IS TRUE AND CORRECT TO THE BEST OF
14. MY KNOWLEDGE. ON OR ABOUT SEPTEMBER 22, 2006
15. IN MENDOCINO COUNTY IN THE NORTHERN DISTRICT
16. OF CALIFORNIA DEFENDANT(S) DID STEAL MY
17. MASTERS DEGREE SCHOOLWORK AND ABOUT $5600
18. CASH AND CHECKS FROM ME; IN VIOLATION
19. OF THE 14th AMENDMENT OF THE UNITED
20. STATES CONSTITUTION. I FURTHER STATE I AM A
21. NATIONAL HONOR STUDENT AND THIS COMPLAINT
22. I BELIEVE VIOLATE TITLE VI OF THE CIVIL
23. RIGHTS ACT OF 1964. I BELIEVE THESE CRIMES
24. AND HUNDREDS OF MORE HAVE BEEN COMMITTED
25. BY UKIAH POLICE, AND I ASK FOR A SUMMARY
26. JUDGMENT OF $5 MILLION DOLLARS.
27.                              VINCENT ROSENBALM
28.                              Vincent Rosenbalm
                                 2/6/08

PROOF OF MAIL DELIVERY      2/7/08

I am Vincent Rosenbalm and an american citizen over 18 years of age

On January 7, 2008 I served the within

1) CRIMINAL COMPLAINT  3 COPYS
2) 2 DECLARATION
3) 1 ATTACHMENT HONOR STUDENT

By placing a sealed envelope in the Napa State Hospital mail
ADDRESSED TO
  COURT CLERK: RICHARD WIEKING
  U.S. DISTRICT COURT
  450 GOLDEN GATE AVE
  SAN FRANCISCO, CA 94102

From   Vincent Rosenbalm
       2100 NAPA Vallejo Hwy unit 5/6
       NAPA, CA 94558

Under the Penalty of perjury this is true and correct to the best of my knowledge.

                                Vincent Rosenbalm
                                2/7/08

[FILED FEB 14 2008 RICHARD W. WIEKING, CLERK U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

CV 08 0952 SI (PR) E-filing

VINCENT ROSENBAUM
2100 NAPA VALLEJO HWY units/6
NAPA, CA 94558

Legal Mail

COURT CLERK: RICHARD WIEKING
U.S. District Court
450 Golden Gate Ave
San Francisco, CA 94102

$00.58
FEB 11 2008
MAILED FROM ZIP CODE 94558

RECEIVED
FEB 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA