FILED
MAR - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

SI (PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States of America,
    Plaintiff,

vs.

Glenn Stark
City of Ukiah,
    Defendant.

CV 08    0952

CASE NO. _____

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Vincent Rosenbalm, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief. THESE FINANCIALS ARE ESTIMATES!

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: About $20 a week    Net: Same

Employer: Napa State Hospital - 3 hours a week started work 2/25/08

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.    Business, Profession or            Yes ✓ No ___
10           self employment
11    b.    Income from stocks, bonds,         Yes ___ No ✓
12           or royalties?
13    c.    Rent payments?                     Yes ___ No ✓
14    d.    Pensions, annuities, or            Yes ___ No ✓
15           life insurance payments?
16    e.    Federal or State welfare payments, Yes ✓ No ___
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  yes - $3.25 AUTHOR HOUSE PUBLISHING
22  yes 12.50 A MONTH - WELFARE Hospital
23  3.    Are you married?                      Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.    a.    List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 2 -

| | | |
|---|---|---|
| 1 | b. | List the persons other than your spouse who are dependent upon you for |
| 2 | | support and indicate how much you contribute toward their support. (NOTE: |
| 3 | | For minor children, list only their initials and ages. DO NOT INCLUDE |
| 4 | | THEIR NAMES.). |

5  _____JDR (16)_____

6  _____

7  5.   Do you own or are you buying a home?        Yes ____ No __✓__

8  Estimated Market Value: $_____ Amount of Mortgage: $_____

9  6.   Do you own an automobile? (2)       Yes __✓__ No ____

10  Make __SUBARU__ Year __92, 93__ Model __Legacy__

11  Is it financed? Yes ____ No __✓__ If so, Total due: $_____

12  Monthly Payment: $_____

13  7.   Do you have a bank account? Yes ____ No __✓__ (Do not include account numbers.)

14  Name(s) and address(es) of bank: _____

15  _____

16  Present balance(s): $_____

17  Do you own any cash? Yes __✓__ No ____ Amount: $ __$0.10__ 10 cents

18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19  market value.) Yes __✓__ No ____

20  __Personal property Approximately $10-15,000__

21  8.   What are your monthly expenses?

22  Rent: $ _____0_____ Utilities: _____0_____

23  Food: $ _____0_____ Clothing: _____0_____

24  Charge Accounts:

25  Name of Account          Monthly Payment          Total Owed on This Acct.

26  _____0_____    $ _____0_____    $ _____0_____

27  _____0_____    $ _____0_____    $ _____0_____

28  _____0_____    $ _____    $ _____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

SCHOOL LOANS         ESTIMATED $5-10,000
CREDIT CARD DEBT     ESTIMATED $5-10,000

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

NOT SURE - Denied access Pacer?

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

2/28/08                    Vincent Rosenbalm
DATE                       SIGNATURE OF APPLICANT

All financials are approximate estimates!

V.R.

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 4 -

Case Number: 08 952 sipr

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __Vincent Rosenbalm__ for the last six months
[prisoner name]
__Napa State Hospital__ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __19.30__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __0.00__ .

Dated: 2/27/08

_Laura Harris_
[Authorized officer of the institution]

- 5 -

CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS CODE SECTIONS 5328 & 4514. INFORMATION SUBJECT TO RELEASE IN ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579).

2/27/2008
4:13:26PM

**NAPA STATE HOSPITAL**
TRUST ACCOUNT / CASHIERS' SYSTEM II
Patient Ledger Report

Page 1 of 1

2069375   ROSENBALM, VINCENT

| | TransDate | Doc No. | Item | Comment | Withdrawl | Deposit | Balance |
|---|---|---|---|---|---|---|---|
| 1 | 08/27/2007 | 13-153936 | Cash Disbursement | cl v158 | $12.50 | | $5.00 |
| 2 | 09/24/2007 | 18-075238 | AB1013 Funds | $12.50 Receipts | | $12.50 | $17.50 |
| 3 | 09/24/2007 | 13-154124 | Cash Disbursement | cl v234 | $12.50 | | $5.00 |
| 4 | 10/22/2007 | 13-154338 | Cash Disbursement | cashlist v-314 | $5.00 | | $0.00 |
| 5 | 10/24/2007 | 18-075321 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 6 | 10/29/2007 | 13-154384 | Cash Disbursement | cl v337 | $12.50 | | $0.00 |
| 7 | 11/23/2007 | 18-75407 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 8 | 11/26/2007 | 13-154581 | Cash Disbursement | Cashlist V-400 | $12.50 | | $0.00 |
| 9 | 12/03/2007 | 16-75436 | CK-AUTHOR HOUSE 1663 LIBERTY DR STE 200 | BLOOMINGTON IN 47403 | | $3.25 | $3.25 |
| 10 | 12/11/2007 | 16-75478 | CCK-UNKNOWN SENDER | CCK-UNKNOWN SENDER | | $50.00 | $53.25 |
| 11 | 12/17/2007 | 13-154774 | Cash Disbursement | cl v463 | $33.25 | | $20.00 |
| 12 | 12/24/2007 | 13-154828 | Cash Disbursement | cl v485 | $10.00 | | $10.00 |
| 13 | 01/04/2008 | 13-154914 | Misc Disbursement | NSH-COPY CARD V518 | $10.00 | | $0.00 |
| 14 | 01/22/2008 | 18-075585 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 15 | 01/28/2008 | 13-155104 | Cash Disbursement | cl v580 | $12.50 | | $0.00 |
| 16 | 02/21/2008 | 18-075665 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 17 | 02/25/2008 | 13-155262 | Cash Disbursement | cl v649 | $12.50 | | $0.00 |

TOTAL WITHDRAWLS / DEPOSITS:                                      $133.25    $115.75



VINCENT ROSENBAUM
2100 NAPA VALLEJO HIGHWAY units/6
NAPA, CA 94558

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680