United States District Court
For the Northern District of California

1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                        NORTHERN DISTRICT OF CALIFORNIA

8

9  | In Re.                                    No. C 08-279 SI (pr)
                                               No. C 08-751 SI (pr)
10 | VINCENT ROSENBALM,                        No. C 08-952 SI (pr)
                                               No. C 08-1360 SI (pr)
11 |             Plaintiff.                     No. C 08-1474 SI (pr)
                                               No. C 08-1503 SI (pr)
12 | _____/         No. C 08-1504 SI (pr)
                                               No. C 08-1603 SI (pr)
13
                                               **ORDER TO SHOW CAUSE RE.**
14                                             **CONTEMPLATED DISMISSAL**

15

16        Vincent Rosenbalm filed these eight civil actions in the last three months. He is in the

17  Napa State Hospital pursuant to a commitment under California Penal Code § 1370 in his

18  pending criminal case in Mendocino County Superior Court. Rosenbalm has been committed

19  pending restoration of his competency to stand trial in that criminal case. The court earlier

20  determined that the commitment within the pending criminal case makes Rosenbalm a prisoner

21  within the meaning of Section 1915(g). See Order of Dismissal filed June 1, 2007, in In Re.

22  Vincent Rosenbalm, C 06-7801 SI, et al.  This order concerns only his civil actions and does

23  not concern his habeas petition. Rosenbalm seeks to proceed in forma pauperis pursuant to 28

24  U.S.C. § 1915 in all the referenced cases.

25        A prisoner may not bring a civil action in forma pauperis under 28 U.S.C. § 1915 "if the

26  prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought

27  an action or appeal in a court of the United States that was dismissed on the grounds that it is

28  frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the

United States District Court

For the Northern District of California

1  prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).  Section

2  1915(g) requires that this court consider prisoner actions dismissed before, as well as after, the

3  statute's 1996 enactment.  Tierney v. Kupers, 128 F.3d 1310, 1311-12 (9th Cir. 1997).

4         For purposes of a dismissal that may be counted under § 1915(g), the phrase "fails to state

5  a claim on which relief may be granted" parallels the language of Federal Rule of Civil

6  Procedure 12(b)(6) and carries the same interpretation, the word "frivolous" refers to a case that

7  is "'of little weight or importance: having no basis in law or fact,'" and the word "malicious"

8  refers to a case "filed with the 'intention or desire to harm another.'"  Andrews v. King, 398 F.3d

9  1113, 1121 (9th Cir. 2005) (citation omitted).  Only cases within one of these three categories

10  can be counted as strikes for § 1915(g) purposes, so the mere fact that Rosenbalm has filed many

11  cases, of which none apparently were successful, does not alone warrant dismissal under §

12  1915(g).  See id.  Rather, dismissal of an action under § 1915(g) should only occur when, "after

13  careful evaluation of the order dismissing an [earlier] action, and other relevant information, the

14  district court determines that the action was dismissed because it was frivolous, malicious or

15  failed to state a claim."  Id.

16         Andrews requires that the prisoner be given notice of the potential applicability of §

17  1915(g), by either the district court or the defendants, but also requires the prisoner to bear the

18  ultimate burden of persuasion that § 1915(g) does not bar pauper status for him.  Id.  Andrews

19  implicitly allows the court to sua sponte raise the § 1915(g) problem, but requires the court to

20  notify the prisoner of the earlier dismissals it considers to support a § 1915(g) dismissal and

21  allow the prisoner an opportunity to be heard on the matter before dismissing the action.  See

22  id. at 1120.  A dismissal under § 1915(g) means that a prisoner cannot proceed with his action

23  as a pauper under § 1915(g), but he still may pursue his claims if he pays the full filing fee at the

24  outset of the action.

25         A review of the dismissal orders in Rosenbalm's prior prisoner actions in this court

26  reveals that Rosenbalm has had at least three such cases dismissed on the ground that they were

27  frivolous, malicious, or failed to state a claim upon which relief may be granted.  Rosenbalm is

28

**United States District Court**
For the Northern District of California

1  now given notice that the court believes the following dismissals may be counted as dismissals

2  for purposes of § 1915(g): (1) <u>Rosenbalm v. Klein</u>, N. D. Cal. Case No. C 96-850 SI (civil action

3  dismissed under former § 1915(d) (allowing dismissal of pauper action "if satisfied that the

4  action is frivolous or malicious") because allegations in  complaint duplicated allegations in an

5  earlier action); (2) <u>Rosenbalm v. Lungren</u>, N. D. Cal. Case No. C 96-2121 SI (civil action

6  dismissed under former § 1915(d) (allowing dismissal of pauper action "if satisfied that the

7  action is frivolous or malicious") because allegations in  complaint duplicated allegations in an

8  earlier action); (3) <u>Rosenbalm v. Lungren</u>, N. D. Cal. Case No. C 96-3375 SI (civil rights action

9  dismissed under former § 1915(d) (allowing dismissal of pauper action "if satisfied that the

10  action is frivolous or malicious") because allegations in  complaint duplicated allegations in an

11  earlier action); and (4) <u>Rosenbalm v. State of California</u>, N. D. Cal. Case No. C 96-0010 SI (civil

12  rights action dismissed for failure to state a claim upon which relief may be granted).  The court

13  made its evaluation of these cases based on the dismissal orders in them.  <u>See</u> <u>Andrews</u>, 398 F.3d

14  at 1120 (sometimes the docket records may be sufficient, and sometime the actual court files

15  may need to be consulted).

16      In light of these dismissals, and because Rosenbalm does not appear to be under imminent

17  danger of serious physical injury, he is ORDERED TO SHOW CAUSE in writing filed no later

18  than **May 2, 2008** why <u>in forma pauperis</u> should not be denied and each of these action should

19  not be dismissed pursuant to 28 U.S.C. § 1915(g).  In the alternative to showing cause why each

20  action should not be dismissed, Rosenbalm may avoid dismissal by paying the full $350.00 filing

21  fee by the deadline for each of the referenced cases.

22      IT IS SO ORDERED.

23  Dated: April 3, 2008

       _____
       SUSAN ILLSTON
24
       United States District Judge

25

26

27

28

3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


VINCENT ROSENBALM,

        Plaintiff,

v.

JUGE CINDEE MAYFIELD et al,

        Defendant.

_____/

Case Number: CV08-00279 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Vincent Lee Rosenbalm #83912
Napa State Hospital
2100 Napa Vallejo Highway
Napa, CA 94558

Dated: April 4, 2008

        Richard W. Wieking, Clerk
        By: Tracy Sutton, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


VINCENT ROSENBAUM,

　　　　　　Plaintiff,

　v.

STATE OF CALIFORNIA et al,

　　　　　　Defendant.
　　　　　　　　　　　　　　　　　　　　　/

Case Number: CV08-00751 SI

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Vincent Lee Rosenbalm #83912
Napa State Hospital
2100 Napa Vallejo Highway
Napa, CA 94558

Dated: April 4, 2008

　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　By: Tracy Sutton, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

VINCENT ROSENBALM,

          Plaintiff,

v.

GLENN STARK et al,

          Defendant.
_____/

Case Number: CV08-00952 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vincent Lee Rosenbalm #83912
Napa State Hospital
2100 Napa Vallejo Highway
Napa, CA 94558

Dated: April 4, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


VINCENT ROSENBALM,

          Plaintiff,

   v.

RICHARD FREEBORN et al,

          Defendant.

                               /

Case Number: CV08-01360 SI

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Vincent Lee Rosenbalm #83912
Napa State Hospital
2100 Napa Vallejo Highway
Napa, CA 94558

Dated: April 4, 2008

                                   Richard W. Wieking, Clerk
                                   By: Tracy Sutton, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


VINCENT ROSENBALM,

          Plaintiff,

   v.

HARLAND STONECIPHER et al,

          Defendant.

_____/

Case Number: CV08-01474 SI

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Vincent Lee Rosenbalm #83912
Napa State Hospital
2100 Napa Vallejo Highway
Napa, CA 94558

Dated: April 4, 2008

                        Richard W. Wieking, Clerk
                        By: Tracy Sutton, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


VINCENT ROSENBALM,

        Plaintiff,

  v.

ED FOULK et al,

        Defendant.

Case Number: CV08-01503 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Vincent Lee Rosenbalm #83912
Napa State Hospital
2100 Napa Vallejo Highway
Napa, CA 94558

Dated: April 4, 2008

                                         Richard W. Wieking, Clerk
                                         By: Tracy Sutton, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

VINCENT ROSENBALM,

             Plaintiff,

  v.

JIM BROOKS et al,

             Defendant.

_____/

Case Number: CV08-01504 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vincent Lee Rosenbalm #83912
Napa State Hospital
2100 Napa Vallejo Highway
Napa, CA 94558

Dated: April 4, 2008

                                  Richard W. Wieking, Clerk
                                  By: Tracy Sutton, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


VINCENT ROSENBALM,

          Plaintiff,

   v.

ED FOULK et al,

          Defendant.
_____/

Case Number: CV08-01603 SI

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Vincent Lee Rosenbalm #83912
Napa State Hospital
2100 Napa Vallejo Highway
Napa, CA 94558

Dated: April 4, 2008

                           Richard W. Wieking, Clerk
                           By: Tracy Sutton, Deputy Clerk